IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| AARON B. KILGORE | ) | |
| | ) | |
| V. | ) | 3-06-CV-1490-D |
| | ) | |
| NATHANIEL QUARTERMAN, Director, | ) | |
| Texas Department of Criminal Justice | ) | |
| Correctional Institutions Division | ) | |

## ORDER

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the magistrate judge, the court concludes that the findings and conclusions are correct. It is therefore ordered that the findings, conclusions, and recommendation of the magistrate judge are adopted. Petitioner's February 14, 2007 motion for leave to file second objection and answer to the findings, conclusions, and recommendation of the United States Magistrate Judge and second request for reconsideration is granted. His February 14, 2007 second objection is overruled, and his February 26, 2007 objection and answer and motion for reconsideration are overruled.

**SO ORDERED**.

February 27, 2007.

SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE